AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Citizens for Responsibility and Ethics in
                    Plaintiff (s),
                    V.
U.S. Department of State
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-02044

Notice is hereby given that, subject to approval by the court, __Citizens for Responsibility and Ethics in Washington__ substitutes
(Party (s) Name)

__Conor M. Shaw__, State Bar No. __1032074__ as counsel of record in
(Name of New Attorney)

place of __Anne L. Weismann__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Citizens for Responsibility and Ethics in Washington
Address: 1101 K St. N.W., Suite 201
Telephone: (202) 408-5565          Facsimile (202) 588-5020
E-Mail (Optional): cshaw@citizensforethics.org

I consent to the above substitution.
Date: 08/21/20                            _____
                                          (Signature of Party (s))

I consent to being substituted.
Date: 08/21/20                            _____
                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 08/21/20                            _____
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____             _____
                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]