IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | Civil Action No. 1:20-cv-02044-CRC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 1, 2020 Minute Order, Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant U.S. Department of State ("State"), by and through counsel, respectfully submit this Joint Status Report.

This case involves two FOIA requests submitted by Plaintiff to State seeking access to certain records related to the State Department's response to document or testimony requests from Members of Congress. *See* Compl., ECF No. 1. State remains on schedule to complete production of non-exempt responsive documents to CREW on or about March 15, 2021. State will, in good faith, endeavor to continue to process as many records as possible by the end of each month, with the next rolling production deadline on or about February 26, 2021.

Since the Court's December 1, 2020 Minute Order, State has processed over 600 documents in response to CREW's two FOIA requests. Because State's review of these documents determined that none were responsive to CREW's requests, no documents have been produced to Plaintiff to date. To date, State has processed over 2300 records in response to CREW's two requests.

1

| | |
|---|---|
| Dated: February 1, 2021 | Respectfully submitted,<br><br>*/s/ Laura C. Beckerman*<br>Laura C. Beckerman<br>(D.C. Bar No. 1008120)<br>Citizens for Responsibility and Ethics<br>  in Washington<br>1101 K Street, N.W., Suite 201<br>Washington, DC 20005<br>Phone: (202) 408-5565<br>Fax: (202) 588-5020<br>lbeckerman@citizensforethics.org<br><br>*Attorney for Plaintiff*<br><br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br><br> */s/ Daniel Riess*<br>DANIEL RIESS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 353-3098<br><br>*Attorneys for Defendant* |